CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Stephanie.Ihler @usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | 2:21-cr-00158-RFB -DJA |
|---|---|
| Plaintiff, | **Stipulation to Continue Briefing Deadline** (First Request) |
| v. | |
| STEVIE NELON, | |
| Defendant. | |

The deadline to file a response Defendant's Motion to Dismiss (ECF No. 29) is due today, November 8, 2021. The government requires additional time to finish preparing their response.

The parties therefore jointly request that deadline to file a response be continued to November 10, 2021.

DATED: November 8, 2021.

| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
|---|---|
| */s/ Andy Wong*<br>By_____<br>Andy Wong<br>Assistant Federal Public Defender | */s/ Stephanie Ihler*<br>By_____<br>Stephanie Ihler<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVIE NELON,<br><br>　　　　　Defendant. | 2:21-cr-00158-RFB -DJA<br><br>**Order Granting First Stipulation to Continue Briefing Deadline** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the Government's deadline to file a response to the Defendant's Motion to Dismiss.

IT IS THEREFORE ORDERED that any response to Defendant's Motion to Dismiss (ECF No. 29) is due by November 10, 2021.

DATED: November 8, 2021.

　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　United States District Judge