RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Stevie Nelon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVIE NELON,<br><br>　　　　Defendant. | Case No. 2:21-CR-00158-RFB-DJA<br><br>**STIPULATION OF FACTS FOR PURPOSES OF MOTION TO DISMISS [ECF NO. 29]** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Stevie Nelon, that the following facts will be stipulated to by the parties, for the purposes of the evidentiary hearing that occurred on January 31, 2023, and this Court's consideration.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Nelon filed a motion to dismiss or, in the alternative, to suppress evidence. ECF No. 29.  The motion was fully briefed.

2.      An evidentiary hearing to address the merits of the motion was held on January 31, 2023.

3.      At the evidentiary hearing on January 31, 2023, the government presented its witnesses.

4.      Due to a scheduling conflict amongst witnesses, the parties agreed to bifurcate the evidentiary hearing, with Mr. Nelon's witnesses to present on February 23, 2023 if the Court determined that Mr. Nelon satisfied an offer of proof that his witnesses should testify.

5.      Based on discussions between the Court, counsel for the government, and counsel for Mr. Nelon, the parties have agreed to the stipulation of certain facts, which will forego the need for Mr. Nelon to call any witnesses and obviates the need for a February 23, 2023, hearing.

6.      The parties hereby agree that on October 16, 2020, the Carey Mini Market, located at 1504 West Carey Avenue, North Las Vegas, NV 89032– the location where the alleged offense in this matter occurred–had a video retention policy of three to six weeks. After this period, any recordings would be (and were) overridden.

DATED this 6th day of February 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>Acting United States Attorney |
|   */s/ Navid Afshar*<br>By_____<br>NAVID AFSHAR<br>Assistant Federal Public Defender |   */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVIE NELON,<br><br>            Defendant. | Case No. 2:21-CR-00158-RFB-DJA<br><br>ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Nelon filed a motion to dismiss or, in the alternative, to suppress evidence. ECF No. 29. The motion was fully briefed.

2. An evidentiary hearing to address the merits of the motion was held on January 31, 2023.

3. At the evidentiary hearing on January 31, 2023, the government presented its witnesses.

4. Due to a scheduling conflict amongst witnesses, the parties agreed to bifurcate the evidentiary hearing, with Mr. Nelon's witnesses to present on February 23, 2023 if the Court determined that Mr. Nelon satisfied an offer of proof that his witnesses should testify.

5. Based on discussions between the Court, counsel for the government, and counsel for Mr. Nelon, the parties have agreed to the stipulation of certain facts, which will forego the need for Mr. Nelon to call any witnesses and obviates the need for a February 23, 2023, hearing.

6. The parties hereby agree that on October 16, 2020, the Carey Mini Market, located at 1504 West Carey Avenue, North Las Vegas, NV 89032– the location where the alleged offense in this matter occurred–had a video retention policy of three to six weeks. After this period, any recordings would be (and were) overridden.

## **ORDER**

IT IS ORDERED that the stipulation of the parties is accepted by this Court and will be entered into the record as evidence to be considered towards disposition of the motion to dismiss, or in the alternative, suppress.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: February 7, 2023.