JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVIE NELON,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Stevie Nelon, that the simultaneous briefing related to the evidentiary hearing of January 31, 2023, currently due on April 10, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Unexpectedly, counsel for the defendant may be out of the jurisdiction next week.

2.   Counsel for the government needs additional time as they have a trial proceeding in May 2023 and certain issues related to that trial need to be addressed.

3.   Counsel for the defendant needs additional time as they have a trial proceeding May 8, 2023, and certain issues related to that trial need to be addressed in a timely manner.

4.   This additional time is requested by both parties to ensure that they may appropriately complete the additional briefing in this case, while addressing separate trial issues.

5.   The parties agree to the continuance.

6.   Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(D) and 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

7.   This is the second request to continue the briefing schedule for the simultaneous briefing ordered by the Court.

DATED:  April 7, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Allison Reese*
Allison Reese
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

*/s/ Navid Afshar*
Navid Afshar
Assistant Federal Public Defender
Counsel for Stevie Nelon

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVIE NELON,<br><br>Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**FINDINGS OF FACT,**<br>**CONCLUSIONS**<br>**OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Unexpectedly, counsel for the defendant may be out of the jurisdiction next week.

2. Counsel for the government needs additional time as they have a trial proceeding in May 2023 and certain issues related to that trial need to be addressed.

3. Counsel for the defendant needs additional time as they have a trial proceeding May 8, 2023, and certain issues related to that trial need to be addressed in a timely manner.

4. This additional time is requested by both parties to ensure that they may appropriately complete the additional briefing in this case, while addressing separate trial issues.

5. The parties agree to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy

Trial Act, Title 18, United States Code, Sections 3161(h)(7)(D) and 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

IT IS THEREFORE ORDERED that the simultaneous briefing related to the evidentiary hearing of January 31, 2023, currently due on April 10, 2023, be vacated and continued to May 1, 2023

DATED: April 11, 2023.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE