RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Stevie Nelon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVIE NELON, <br><br> Defendant. | Case No. 2:21-cr-00158-RFB-DJA <br><br> **STIPULATION TO CONTINUE BRIEFING SCHEDULE** <br> (Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Stevie Nelon, that the simultaneous briefing related to the evidentiary hearing of January 31, 2023, currently due on May 1, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Certain issues have arisen for counsel for the defendant, and they are proceeding with a trial starting May 8, 2023, which is expected to take about five days. Unfortunately, due to unexpected trial related matters, counsel needs additional time to address these issues.

2. Counsel for the government also has a trial beginning on May 16, 2023, which necessitates the need for a slightly longer stipulation.

3. Counsel for the government and defense are asking for 45 days as they intend to make this a final stipulation request. The 45 days would ensure that both parties can proceed with trial and have sufficient time to address the serious issues in the briefing, without needing further requests.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

. . .

. . .

. . .

. . .

. . .

6. This is the third request to continue the briefing schedule for the simultaneous briefing ordered by the Court.

DATED: April 28, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Navid Afshar* <br>NAVID AFSHAR<br>Assistant Federal Public Defender | */s/ Allison Reese* <br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVIE NELON,<br><br>Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS<br>OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Certain issues have arisen for counsel for the defendant, and they are proceeding with a trial starting May 8, 2023, which is expected to take about five days. Unfortunately, due to unexpected trial related matters, counsel needs additional time to address these issues.

2. Counsel for the government also has a trial beginning on May 16, 2023, which necessitates the need for a slightly longer stipulation.

3. Counsel for the government and defense are asking for 45 days as they intend to make this a final stipulation request. The 45 days would ensure that both parties can proceed with trial and have sufficient time to address the serious issues in the briefing, without needing further requests.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

IT IS THEREFORE ORDERED that the simultaneous briefing related to the evidentiary hearing of January 31, 2023, currently due on May 1, 2023, be vacated and continued to June 16, 2023.

DATED: May 1, 2023.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE