RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Stevie Nelon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVIE NELON,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Stevie Nelon, that the simultaneous briefing related to the evidentiary hearing of January 31, 2023, currently due on June 16, 2023, be vacated and continued to June 30, 2023.

This Stipulation is entered into for the following reasons:

1. The parties have worked diligently on this matter but due to an unexpected medical concern, defense counsel needs additional time to finalize, as well as to coordinate with his client before filing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The parties do not anticipate any further requests for a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the fourth request to continue the briefing schedule for the simultaneous briefing ordered by the Court.

DATED: June 16, 2023.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

*/s/ Navid Afshar*  
NAVID AFSHAR  
Assistant Federal Public Defender

*/s/ Allison Reese*  
ALLISON REESE  
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVIE NELON,<br><br>Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS<br>OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have worked diligently on this matter but due to an unexpected medical concern, defense counsel needs additional time to finalize, as well as to coordinate with his client before filing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The parties do not anticipate any further requests for a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

3

1    IT IS THEREFORE ORDERED that the simultaneous briefing related to the
2 evidentiary hearing of January 31, 2023, currently due on June 16, 2023, be vacated
3 and continued to June 30, 2023.

4    DATED: June 20th 2023.

6 _____
  HONORABLE RICHARD F. BOULWARE, II
7 UNITED STATES DISTRICT JUDGE