RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Stevie Nelon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVIE NELON,<br><br>        Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Stevie Nelon, that the Change of Plea Hearing currently scheduled on February 27, 2024 at 8:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than March 18, 2024.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be in trial on a different matter during the currently scheduled date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 23rd day of February 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  */s/ Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By  */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVIE NELON,<br><br>    Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**ORDER** |

IT IS ORDERED that the Change of Plea hearing currently scheduled for Tuesday, February 27, 2024 at 8:30 a.m., be vacated and continued to **March 19, 2024 at 10:00 a.m.**

DATED this 26th day of February 2024.



_____
UNITED STATES DISTRICT JUDGE

3