RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Stevie Nelon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVIE NELON,<br><br>        Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Stevie Nelon, that the Sentencing Hearing currently scheduled on June 18, 2024, at 8:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to gather mitigation information for this client relevant to the sentencing and disposition of this case. Additionally, Defense counsel is scheduled to be in trial on another matter starting June 18th for approximately two weeks and will be unavailable during that time.

2. Furthermore, considering the recent Ninth Circuit ruling in *United States v. Duarte*, No. 22-50048 (9th Cir. May 9, 2024) and the potential ramifications that case may have on the instant matter, the parties wish to continue the sentencing hearing pending the resolution of the petition for hearing en banc filed by the government in *Duarte*.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 3rd day of June 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVIE NELON,<br><br>        Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**<u>ORDER</u>** |

    Based on the stipulation and good cause appearing:

    IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, June 18, 2024, at 8:00 a.m., be vacated and continued to August 23, 2024 at 10:00 a.m.

DATED this 4th day of June 2024.



_____
UNITED STATES DISTRICT JUDGE