RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Stevie Nelon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVIE NELON,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Stevie Nelon, that the Sentencing Hearing currently scheduled on August 23, 2024, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to gather and review mitigation information for this client relevant to the sentencing and disposition of this case.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 15th day of August 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |   */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVIE NELON,<br><br>　　　　Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**ORDER** |

　　　Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, August 23, 2024, at 10:00 a.m., be vacated and continued to November 19, 2024 at 1:00 p.m.

　　　DATED this day 16th of August 2024.

_____
UNITED STATES DISTRICT JUDGE