RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Stevie Nelon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>STEVIE NELON,<br><br>        Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fifth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Stevie Nelon, that the Sentencing Hearing currently scheduled on May 16, 2025, at 9:15 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    The Stipulation is entered into for the following reasons:

    1.    The Ninth Circuit Court of Appeals voted to rehear en banc its decision in *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), vacated pending reh'g en banc, 108 F.4th 786 (9th Cir. 2024). Because *Duarte* is still pending and relevant to Mr. Nelon's case as he is charged with felon in possession of a firearm under 18 U.S.C. § 922(g)(1), additional time is needed to learn the outcome of this case and its potential impact on Mr. Nelon.

2. Defense counsel needs additional time to gather and review mitigation information for this client relevant to the sentencing and disposition of this case.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the fifth stipulation to continue filed herein.

DATED this 6th day of May 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
|     /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |     /s/ Daniel J. Cowhig<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVIE NELON,<br><br>    Defendant. | Case No. 2:21-cr-00158-RFB-DJA<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, May 16, 2025, at 9:15 a.m., be vacated and continued to August 15, 2025 at 10:45 a.m.

DATED this 8th day of May 2025.

_____
UNITED STATES DISTRICT JUDGE